Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Andrea S. Zerbini** : Case No. 14–22395–JAD
  *Debtor(s)* : Chapter: 13
   :
PNC Bank National Association :
  *Movant,* :
   : Related to Claim No. 7
  v. :
Andrea S. Zerbini :
Ronda J. Winnecour, Esq., Trustee :
  *Respondent.* :

## ORDER

  **AND NOW**, this **2nd day of November, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***PNC Bank National Association*** at Claim No. 7 in the above−captioned bankruptcy case,

  It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

  (1) an ***AMENDED CHAPTER 13 PLAN;***

  (2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

  (3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

  *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                    Jeffery A. Deller
                    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrea S. Zerbini
    Debtor

Case No. 14-22395-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 02, 2016
                     Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db          Andrea S. Zerbini,    5 Cross Street,    Crafton, PA  15205-2709
13870386       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
          agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Mark G. Moynihan    on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,
          moynihan.mark@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                       TOTAL: 7