IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>     Debtor | Bankruptcy No.  14−22395-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>     Movant | Document No. 109, 110 |
|     v. | |
| Ronda J. Winnecour, Trustee<br>     Respondent(s) | |

**CERTIFICATE OF SERVICE OF**
**AMENDED CHAPTER 13 PLAN AND ORDER OF COURT**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served a copy of the above captioned pleadings upon the following parties by Electronic Notification on **November 22, 2016** by the court's ECF system and by USPS first class mail postage prepaid, as indicated on the attached list.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Executed on:   <u>November 22, 2016</u>

                                      /s/ Mark G. Moynihan
                                      Mark G. Moynihan, Esquire
                                      Attorney for Debtor
                                      PA 307622
                                        112 Washington Place, Suite 1-N
                                      Pittsburgh, PA 15219
                                      Phone:  (412) 889-8535
                                      Fax:  (800) 997-8192
                                      Email: mark@moynihanlaw.net

**Service by NEF**

Andrew F Gornall on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor Borough of Crafton
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mark G. Moynihan on behalf of Debtor Andrea S. Zerbini
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

## Service by First-Class Mail

Equitable Gas Bankruptcy Dept
Attn:  Judy Gawlowski
225 North Shore Drive 2nd
Floor
Pittsburgh, PA 15212-5860

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

ALTAIR OH XIII, LLC
C O WEINSTEIN,PINSON AND
RILEY, PS
2001 WESTERN AVENUE, STE
400
SEATTLE, WA 98121-3132

ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046-3023

AT&T
1801 Valley View Ln
Dallax, TX 75234-8906

AT&T
c/o Midland Bankruptcy
5407 Andrews Highway
Midland, TX 79706-2851

AT&T Mobility
AT&T Services, Inc.
One AT&T Way, Room 3A 231
Bedminster, NJ 07921-2694

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

American InfoSource LP
as agent for Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Apothaker & Associates, P.C.
520 Fellowship Road C306
Mount Laurel, NJ 08054-3410

Bill Me Later
P.O. Box 2394
Omaha, NE 68103-2394

Borough of Crafton
Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317-3349

Borough of Crafton
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101

Borough of Crafton/Carlynton
SD
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101

Burton Neil & Associates, P.C.
1060 Andrew Drive, Suite 170
West Chester, PA 19380-5600

Capital One
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
15000 Capital One Drive
Richmond, VA 23286-0001

Cavalry Portfolio Services
Attention:  Bankruptcy Dept
500 Summit Lake Drive, Suite
400
Valhalla, NY 10595-1340

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

Citicards CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

Credit Collections USA
256 Greenbag Rd Ste 1
Morgantown, WV 26501-7158

Credit Collections USA, LLC
16 Distributor Drive, Suite 1
Morgantown, WV 26501-7209

David Fein, Esquire
KML Law Group, P.C.,
Home Retention Dept
Mellon Independence Ctr Suite
5000
701 Market Street
Philadelphia, PA 19106-1538

Dept of Ed/Nelnet
121 S 13th St
Lincoln, NE 68508-1904

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

Dr. Vitasta Bazaz, MD
2100 Jane St Suite 210
Pittsburgh, PA 15203-2076

Duquesne Light Company
Legal Department
Duquesne Light Legal
411 Seventh Avenue (16-1)
Pittsburgh, PA 15219-1942

EOS CCA
700 Longwater Drive
Norwell, MA 02061-1624

Enhanced Recovery Company,
LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Equitable Gas Compnay, LLC
Equitable Gas Bankruptcy
Department
Attn: Judy Gawlowski
225 North Shore Drive, 2nd
Floor
Pittsburgh, PA 15212-5860

GE Capital/Walmart
PO Box 965024
Orlando, FL 32896-5024

GECRB/JC Penneys
PO Box 965007
Orlando, FL 32896-5007

HSBC Bank Nevada N.A.
P.O. Box 5253
Carol Stream, IL 60197-5253

I.C. Systems Inc
P.O. Box 64378
St. Paul, MN 55164-0378

I.C. Systems, Inc.
444 Highway 96 East,
PO Box 64794
Saint Paul, MN 55164-0794

J.C. Christensen & Associates,
Inc.
P.O. Box 519
Sauk Rapids, MN 56379-0519

JEFFERSON CAPITAL
SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-
7999

Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317-3349

KML Law Group, P.C.
Mellon Independence Center -
Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

LTD Financial Services, L.P.
7322 Southwest Freeway, Suite
1600
Houston, TX 77074-2134

Midland Funding LLC
8875 Aero Drive Suite 200
San Diego, CA 92123-2255

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

Nelnet
P.O. Box 82561
Lincoln, NE 68501-2561

Office of the United States
Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC Bank National Association
3232 Newmark Drive
Miamisburg, OH 45342-5421

PNC Bank, National Association
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

PNC Mortgage
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412

Pennsylvania American Water
PO Box 578
Alton, IL 62002-0578

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Priscilla S. Bowes
5 Cross Street
Pittsburgh, PA 15205-2709

Quantum3 Group LLC as agent
for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Regional Acceptance
Corporation
266 Beacon Drive
Winterville, NC 28590-7924

Regional Acceptance
Corporation
Attention CDV Analyst
1424 East Fire Tower Road
Greenville, NC 27858-4105

Regional Acceptance
Corporation
PO Box 1847
Wilson, NC 27894-1847

Regional Acceptance
Corporation
PO Box 830913
Birmingham, AL 35283-0913

T-Mobil Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-3410

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

US Department of Education
C/O Nelnet
3015 South Parker Road, Suite
400
Aurora, CO 80014-2904

Verizon
500 Technology Drive, Suite 550
Weldon Spring, MO 63304-2225

Verizon
PO Box 33078
Saint Petersburg, FL 33733-8078

Verizon Wireless Bankruptcy
PO Box 3397
Bloomington, IL 61702-3397

Vision Financial Corp
PO Box 460260
Saint Louis, MO 63146-7260

Andrea S. Zerbini
5 Cross Street
Crafton, PA 15205-2709

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702