IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br><br>    Debtor(s)<br><br>Andrea S. Zerbini<br><br>    Movant<br><br>              v.<br><br>Remote DBA Experts, LLC, and<br>Ronda J. Winnecour<br><br>    Respondent(s) | Bankruptcy No. 14−22395-JAD<br><br>Chapter 13<br><br>Doc. 113 |

**CERTIFICATE OF SERVICE OF**
**ORDER TERMINATING WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **December 9, 2016**.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **first-class mail and electronic notification**.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                                                                               Respectfully submitted,

Dated: December 9, 2016                                          /s/ Mark G. Moynihan
                                                                                 Mark G. Moynihan, Esquire
                                                                                  Attorney for Debtor(s)
                                                                                  PA 307622
                                                                                  112 Washington Place, Suite 1-N
                                                                                  Pittsburgh, PA 15219
                                                                                  Phone: (412) 889-8535
                                                                                  Fax: (800) 997-8192
                                                                                  Email: mark@moynihanlaw.net

**Service by NEF**

Andrew F Gornall on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor Borough of Crafton
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mark G. Moynihan on behalf of Debtor Andrea S. Zerbini
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


**Service by First-Class Mail**

ATTN: HR DEPARTMENT
Remote DBA Experts, LLC
2000 Ericsson Dr, Suite 102
Warrendale, PA 15086

Attn: Bridget McCulloch
Remote DBA Experts, LLC
2000 Ericsson Dr, Suite 102
Warrendale, PA 15086