IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Andrea S. Zerbini

Debtor(s)

Andrea S. Zerbini

Movant

v.

Remote DBA Experts, LLC, and
Ronda J. Winnecour

Respondent(s)

Bankruptcy No. 14-22395-JAD

Chapter 13

Related To Doc. No. 112

**ORDER OF COURT**

AND NOW, this 9th day of December, 2016, upon consideration of the Debtor's Expedited Motion to Terminate Wage Attachment, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's Motion is GRANTED and the wage attachment order dated December 22, 2015 (Doc. 102) with Remote DBA Experts, LLC is TERMINATED.

BY THE COURT:

**FILED
12/9/16 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA**

_____
Jeffery A. Deller    mas
Chief United States Bankruptcy Judge

cc:   Debtor:  Andrea S. Zerbini, 5 Cross Street, Crafton, PA 15205
      Attorney for Debtor:  Mark G. Moynihan, 112 Washington Pl., Ste. 1-N, Pittsburgh, PA 15219
      Ronda J. Winnecour, Chapter 13 Trustee
      Employer:  Remote DBA Experts, LLC, 2000 Ericsson Dr, Suite 102, Warrendale, PA 15086

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrea S. Zerbini  
    Debtor

Case No. 14-22395-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Dec 09, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
         +Remote DBA Experts, LLC,    Attn: Payroll Manager,    2000 Ericsson Dr., Suite 102,    Warredale, PA 15086-6520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Mark G. Moynihan    on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net, moynihan.mark@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                      TOTAL: 7