IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 14−22395-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant<br><br>    v.<br><br>Remote DBA Experts, LLC, and<br>Ronda J. Winnecour<br>    Respondent(s) | Doc. 116, 117 |

**CERTIFICATE OF SERVICE OF
EXPEDITED
MOTION TO APPROVE SETTLEMENT
AND
MOTION TO AMEND SCHEDULES
WITH THE CONSENT OF THE CHAPTER 13 TRUSTEE
AND ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 13, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

    Respectfully submitted,

Executed on:    December 13, 2016

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor
PA 307622
112 Washington Place, Suite 1-N
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

**Service by NEF**

Andrew F Gornall on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor Borough of Crafton
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mark G. Moynihan on behalf of Debtor Andrea S. Zerbini
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


**Service by First-Class Mail**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Andrea S. Zerbini
5 Cross Street
Crafton, PA 15205-2709

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

ATTN: HR DEPARTMENT
Remote DBA Experts, LLC
2000 Ericsson Dr, Suite 102
Warrendale, PA 15086

Attn: Bridget McCulloch
Remote DBA Experts, LLC
2000 Ericsson Dr, Suite 102
Warrendale, PA 15086

Remote DBA Experts, LLC
2000 Ericsson Dr, Suite 102
Warrendale, PA 15086