UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ANDREA S. ZERBINI
**Case Number:** 14-22395-JAD        **Chapter:** 13
**Date / Time / Room:** TUESDAY, DECEMBER 20, 2016 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Expedited Motion To Approve Settlement And Motion To Amend Schedules With The Consent Of The Chapter 13 Trustee [v. Remote DBA Experts, LLC]
- No Response Filed  [Due 12/19/2016 by 12:00 Noon]
R / M #:   116 / 0

## Appearances:

CHAPTER 13 TRUSTEE: ~~WINNECOUR~~ / BEDFORD / ~~KATZ~~ / ~~PAIL~~
DEBTOR: MARK G. MOYNIHAN, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at
       _____
       _____ To Conciliation Conference For _____ at
       _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order -  NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
       _____ SETTLEMENT STIPULATION IS DUE _____
       _____ OTHER:

**- Order Entered 12/20/2016 Granting Motions)**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/20/16 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA