Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrea S. Zerbini**
Debtor(s)

Bankruptcy Case No.: 14–22395–JAD
Doc. No. 128
Chapter: 13
Docket No.: 129 – 128
Concil. Conf.: February 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 28, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 12, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 14-22395-JAD
Andrea S. Zerbini                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch              Page 1 of 3           Date Rcvd: Nov 13, 2017
                             Form ID: 410            Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2017.
```
db             Andrea S. Zerbini,    5 Cross Street,    Crafton, PA 15205-2709
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
sp            +Mark G. Moynihan,    112 Washington Place, Suite 1-N,    Pittsburgh, PA 15219-3424
13870348      +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13870352       Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
13907368      +Borough of Crafton,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13870353      +Borough of Crafton,    Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13907369      +Borough of Crafton/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13870356       Capital One,    Attn: Bankruptcy Dept.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13870355      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13870357      +Capital One Bank (USA), N.A.,    15000 Capital One Drive,    Richmond, VA 23286-0001
13870360       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
13870363      +David Fein, Esquire,    KML Law Group, P.C., Home Retention Dept,
               Mellon Independence Center - Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1538
13870366      +Dr. Vitasta Bazaz, MD,    2100 Jane St Suite 210,    Pittsburgh, PA 15203-2076
13870369      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13870370      +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
               225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
13870373       HSBC Bank Nevada N.A.,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13870374      +I.C. Systems Inc,    P.O. Box 64378,    St. Paul, MN 55164-0378
13870376     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
              (address filed with court: J.C. Christensen & Associates, Inc.,     P.O. Box 519,
               Sauk Rapids, MN 56379)
13870377      +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13870378      +KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1538
13870381       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
13870386      +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13893427      +PNC Bank, National Association,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13893426      +PNC Mortgage,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13870385       Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13870388      +Priscilla S. Bowes,    5 Cross Street,    Pittsburgh, PA 15205-2709
13870392       T-Mobil Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015-3410
13870393      #Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
14144379       Verizon,    PO Box 5156,    Tampa, FL 33675-5156
13870395      +Verizon,    500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
13870396      +Verizon Wireless Bankruptcy,    PO Box 3397,    Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 02:22:22     Cavalry Portfolio Services,
               500 Summit Lake Dr.,    Suite #400,    Valhalla, NY 10595-2322
13899603      +E-mail/Text: bncmail@w-legal.com Nov 14 2017 02:22:17     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13870349       E-mail/Text: legal@arsnational.com Nov 14 2017 02:21:42     ARS National Services, Inc.,
               PO Box 463023,    Escondido, CA 92046-3023
13938174      +E-mail/Text: g20956@att.com Nov 14 2017 02:22:31     AT&T,    1801 Valley View Ln,
               Dallax, TX 75234-8906
13870350      +E-mail/Text: g20956@att.com Nov 14 2017 02:22:31     AT&T,    c/o Midland Bankruptcy,
               5407 Andrews Highway,    Midland, TX 79706-2851
13870351      +E-mail/Text: g20956@att.com Nov 14 2017 02:22:31     AT&T Mobility,    AT&T Services, Inc.,
               One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2694
13881034      +E-mail/Text: g20956@att.com Nov 14 2017 02:22:31     AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13899560       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 02:28:05
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13870354      +E-mail/Text: notices@burt-law.com Nov 14 2017 02:22:46     Burton Neil & Associates, P.C.,
               1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13870358      +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 02:22:22     Cavalry Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Drive, Suite 400,
               Valhalla, NY 10595-1340
13871332      +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 02:22:22     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13870359      +E-mail/Text: compliance@chaserec.com Nov 14 2017 02:22:46     Chase Receivables,
               1247 Broadway,    Sonoma, CA 95476-7503
13870361      +E-mail/Text: ccusa@ccuhome.com Nov 14 2017 02:21:29     Credit Collections USA,
               256 Greenbag Rd Ste 1,    Morgantown, WV 26501-7158
```

```
District/off: 0315-2          User: msch                  Page 2 of 3                   Date Rcvd: Nov 13, 2017
                              Form ID: 410                Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13870362       +E-mail/Text: ccusa@ccuhome.com Nov 14 2017 02:21:29     Credit Collections USA, LLC,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13870364        E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2017 02:22:15     Dept of Ed/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
13870365       +E-mail/Text: bankruptcynotices@dcicollect.com Nov 14 2017 02:22:31
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13870367       +E-mail/Text: kburkley@bernsteinlaw.com Nov 14 2017 02:22:41     Duquesne Light Company,
                 Legal Department,    Duquesne Light Legal,    411 Seventh Avenue (16-1),
                 Pittsburgh, PA 15219-1942
13870368       +E-mail/Text: bknotice@erccollections.com Nov 14 2017 02:22:15
                 Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13870371       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 02:21:02     GE Capital/Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
13870372        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 02:20:35     GECRB/JC Penneys,   PO Box 965007,
                 Orlando, FL 32896-5007
13937304        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2017 02:22:20     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13870379       +E-mail/Text: ebn@ltdfin.com Nov 14 2017 02:21:42     LTD Financial Services, L.P.,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13870380       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2017 02:22:06     Midland Funding LLC,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
13870382       +E-mail/Text: egssupportservices@alorica.com Nov 14 2017 02:22:18
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13870383        E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2017 02:22:15     Nelnet,   P.O. Box 82561,
                 Lincoln, NE 68501-2561
13870387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 02:27:46
                 Portfolio Recovery Associates, LLC,    Attn: Bankruptcy,    120 Corporate Boulevard,
                 Norfolk, VA 23502
13918377        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 02:21:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13870384        E-mail/Text: csc.bankruptcy@amwater.com Nov 14 2017 02:22:45     Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
13888351        E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2017 02:21:45
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13891143        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2017 02:21:05     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13870391       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2017 02:21:05     Regional Acceptance Corporation,
                 Attention CDV Analyst,    1424 East Fire Tower Road,    Greenville, NC 27858-4105
13870390       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2017 02:21:05     Regional Acceptance Corporation,
                 PO Box 830913,    Birmingham, AL 35283-0913
13870389       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2017 02:21:05     Regional Acceptance Corporation,
                 266 Beacon Drive,    Winterville, NC 28590-7924
13881219       +E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2017 02:22:15     US Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Crafton
cr              Carlynton School District
cr              PNC BANK, NATIONAL ASSOCIATION
13891291*       Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
13870375       ##I.C. Systems, Inc.,    444 Highway 96 East, PO Box 64794,    Saint Paul, MN 55164-0794
13870394       ##+Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
13870397       ##Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                   TOTALS: 3, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: msch                 Page 3 of 3         Date Rcvd: Nov 13, 2017
                              Form ID: 410               Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Mark G. Moynihan    on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```