Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Andrea S. Zerbini** : | Case No. 14−22395−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Related to Dkt. No. 128 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this ***The 24th of January, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22395-JAD
Andrea S. Zerbini                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3           Date Rcvd: Jan 24, 2018
                              Form ID: 309            Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
```
db              Andrea S. Zerbini,    5 Cross Street,    Crafton, PA 15205-2709
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
sp             +Mark G. Moynihan,    112 Washington Place, Suite 1-N,    Pittsburgh, PA 15219-3424
13870348       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13870352        Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
13907368       +Borough of Crafton,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13870353       +Borough of Crafton,    Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13907369       +Borough of Crafton/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13870363       +David Fein, Esquire,    KML Law Group, P.C., Home Retention Dept,
                 Mellon Independence Center - Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1538
13870366       +Dr. Vitasta Bazaz, MD,    2100 Jane St Suite 210,    Pittsburgh, PA 15203-2076
13870369       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13870370       +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
                 225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
13870376      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court:  J.C. Christensen & Associates, Inc.,    P.O. Box 519,
                 Sauk Rapids, MN 56379)
13870377       +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13870378       +KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
13870386       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13893427       +PNC Bank, National Association,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13893426       +PNC Mortgage,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13870385        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13870388       +Priscilla S. Bowes,    5 Cross Street,    Pittsburgh, PA 15205-2709
13870392        T-Mobil Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015-3410
13870393       #Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
14144379        Verizon,    PO Box 5156,    Tampa, FL 33675-5156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy@cavps.com Jan 25 2018 03:05:03     Cavalry Portfolio Services,
                 500 Summit Lake Dr.,   Suite #400,    Valhalla, NY 10595-2322
13899603       +E-mail/Text: bncmail@w-legal.com Jan 25 2018 03:04:55      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13870349        EDI: ARSN.COM Jan 25 2018 02:48:00      ARS National Services, Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
13938174       +EDI: CINGMIDLAND.COM Jan 25 2018 02:48:00      AT&T,   1801 Valley View Ln,
                 Dallax, TX 75234-8906
13870350       +EDI: CINGMIDLAND.COM Jan 25 2018 02:48:00      AT&T,   c/o Midland Bankruptcy,
                 5407 Andrews Highway,    Midland, TX 79706-2851
13870351       +EDI: CINGMIDLAND.COM Jan 25 2018 02:48:00      AT&T Mobility,    AT&T Services, Inc.,
                 One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2694
13881034       +EDI: CINGMIDLAND.COM Jan 25 2018 02:48:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
13899560        EDI: AIS.COM Jan 25 2018 02:48:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
13870354       +E-mail/Text: notices@burt-law.com Jan 25 2018 03:05:27     Burton Neil & Associates, P.C.,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13870355       +EDI: CAPITALONE.COM Jan 25 2018 02:48:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13870356        EDI: CAPITALONE.COM Jan 25 2018 02:48:00      Capital One,   Attn: Bankruptcy Dept.,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13870357       +EDI: CAPITALONE.COM Jan 25 2018 02:48:00      Capital One Bank (USA), N.A.,
                 15000 Capital One Drive,    Richmond, VA 23286-0001
13870358       +E-mail/Text: bankruptcy@cavps.com Jan 25 2018 03:05:03     Cavalry Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Drive, Suite 400,
                 Valhalla, NY 10595-1340
13871332       +E-mail/Text: bankruptcy@cavps.com Jan 25 2018 03:05:03     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13870359       +E-mail/Text: compliance@chaserec.com Jan 25 2018 03:05:26      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
13870360        EDI: CITICORP.COM Jan 25 2018 02:48:00      Citicards CBNA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
13870361       +EDI: CCUSA.COM Jan 25 2018 02:48:00      Credit Collections USA,    256 Greenbag Rd Ste 1,
                 Morgantown, WV 26501-7158
13870362       +EDI: CCUSA.COM Jan 25 2018 02:48:00      Credit Collections USA, LLC,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13870364        E-mail/Text: electronicbkydocs@nelnet.net Jan 25 2018 03:04:53     Dept of Ed/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
```

```
District/off: 0315-2                  User: jhel                    Page 2 of 3                   Date Rcvd: Jan 24, 2018
                                      Form ID: 309                  Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13870365       +EDI: DCI.COM Jan 25 2018 02:48:00      Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
13870367       +E-mail/Text: kburkley@bernsteinlaw.com Jan 25 2018 03:05:19       Duquesne Light Company,
                 Legal Department,    Duquesne Light Legal,    411 Seventh Avenue (16-1),
                 Pittsburgh, PA 15219-1942
13870368       +E-mail/Text: bknotice@erccollections.com Jan 25 2018 03:04:53
                 Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13870371       +EDI: RMSC.COM Jan 25 2018 02:48:00      GE Capital/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
13870372        EDI: RMSC.COM Jan 25 2018 02:48:00      GECRB/JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
13870373        EDI: HFC.COM Jan 25 2018 02:48:00      HSBC Bank Nevada N.A.,    P.O. Box 5253,
                 Carol Stream, IL 60197-5253
13870374       +EDI: IIC9.COM Jan 25 2018 02:48:00      I.C. Systems Inc,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
13870375        EDI: IIC9.COM Jan 25 2018 02:48:00      I.C. Systems, Inc.,     444 Highway 96 East, PO Box 64794,
                 Saint Paul, MN 55164-0794
13937304        EDI: JEFFERSONCAP.COM Jan 25 2018 02:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
13870379       +EDI: LTDFINANCIAL.COM Jan 25 2018 02:48:00      LTD Financial Services, L.P.,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13870380       +EDI: MID8.COM Jan 25 2018 02:48:00      Midland Funding LLC,    8875 Aero Drive Suite 200,
                 San Diego, CA 92123-2255
13870382       +E-mail/Text: egssupportservices@alorica.com Jan 25 2018 03:04:55
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13870381        EDI: NESF.COM Jan 25 2018 02:48:00      National Enterprise Systems,    29125 Solon Road,
                 Solon, OH 44139-3442
13870383        E-mail/Text: electronicbkydocs@nelnet.net Jan 25 2018 03:04:53       Nelnet,   P.O. Box 82561,
                 Lincoln, NE 68501-2561
13870387        EDI: PRA.COM Jan 25 2018 02:48:00      Portfolio Recovery Associates, LLC,    Attn: Bankruptcy,
                 120 Corporate Boulevard,    Norfolk, VA 23502
13918377        EDI: PRA.COM Jan 25 2018 02:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13870384        E-mail/Text: csc.bankruptcy@amwater.com Jan 25 2018 03:05:25       Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
13888351        EDI: Q3G.COM Jan 25 2018 02:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13891143        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 25 2018 03:09:24       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13870391       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 25 2018 03:09:24       Regional Acceptance Corporation,
                 Attention CDV Analyst,    1424 East Fire Tower Road,    Greenville, NC 27858-4105
13870390       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 25 2018 03:09:24       Regional Acceptance Corporation,
                 PO Box 830913,    Birmingham, AL 35283-0913
13870389       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 25 2018 03:09:24       Regional Acceptance Corporation,
                 266 Beacon Drive,    Winterville, NC 28590-7924
13881219       +E-mail/Text: electronicbkydocs@nelnet.net Jan 25 2018 03:04:53       US Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13870395       +EDI: VERIZONEAST.COM Jan 25 2018 02:49:00      Verizon,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
13870394       +EDI: VERIZON.COM Jan 25 2018 02:48:00      Verizon,    PO Box 33078,
                 Saint Petersburg, FL 33733-8078
13870396       +EDI: VERIZONWIRE.COM Jan 25 2018 02:48:00      Verizon Wireless Bankruptcy,    PO Box 3397,
                 Bloomington, IL 61702-3397
                                                                                               TOTAL: 45

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Crafton
cr              Carlynton School District
cr              PNC BANK, NATIONAL ASSOCIATION
13891291*       Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
13870397       ##Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                                TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jhel                 Page 3 of 3              Date Rcvd: Jan 24, 2018
                              Form ID: 309               Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Mark G. Moynihan     on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```