**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREA S. ZERBINI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>vs.<br>No Repondents. | Case No.:14-22395 JAD<br><br><br>Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 06/11/2014 and confirmed on 07/15/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,213.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,213.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 2,712.58 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,012.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 43,245.28 | 0.00 | 43,245.28 |
|     Acct: 7432 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2/14 | | | | |
|   PNC BANK NA | 10,772.58 | 2,775.49 | 0.00 | 2,775.49 |
|     Acct: XXXXXXXXXX6/14 | | | | |
|   BORO OF CRAFTON-R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3:14 | | | | |
|   BOROUGH OF CRAFTON** | 153.00 | 19.86 | 32.92 | 52.78 |
|     Acct: XXXXXXXXX2014 | | | | |
|   BOROUGH OF CRAFTON** | 15.30 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
|   BOROUGH OF CRAFTON** | 386.27 | 67.04 | 88.44 | 155.48 |
|     Acct: XXXXXXXXX2014 | | | | |
|   BOROUGH OF CRAFTON** | 63.74 | 16.41 | 0.00 | 16.41 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
|   REGIONAL ACCEPTANCE CORP | 19,203.97 | 12,813.43 | 1,433.10 | 14,246.53 |
|     Acct: 9118 | | | | |

| 14-22395 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 60,491.97 |
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREA S. ZERBINI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARLYNTON SD/CRAFTON BORO(EIT) | 330.50 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX2011 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 2,708.45 | 0.00 | 2,708.45 |
| Acct: XXXXXXXXXX5763 | | | | |
| | | | | 2,708.45 |
| **Unsecured** | | | | |
| AT & T MOBILITY II LLC | 538.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8068 | | | | |
| BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5646 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0700 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 761.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4434 | | | | |
| ALTAIR OH XIII LLC | 1,567.15 | 0.00 | 0.00 | 0.00 |
| Acct: 2159 | | | | |
| US DEPARTMENT OF EDUCATION | 39,578.47 | 0.00 | 0.00 | 0.00 |
| Acct: 2455 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8934 | | | | |
| VITASTA BAZAZ MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4001 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUITA | 165.58 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0018 | | | | |
| WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7927 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7339 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0185 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9875 | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | 123.80 | 0.00 | 0.00 | 0.00 |
| Acct: 5783 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 444.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1757 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FI | 1,110.72 | 0.00 | 0.00 | 0.00 |
| Acct: 3780 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,947.07 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX6427 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |

***NONE***

TOTAL PAID TO CREDITORS    63,200.42

TOTAL CLAIMED
PRIORITY    330.50
SECURED    30,594.86
UNSECURED    47.237.24

Date: 03/12/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com